**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ABNER AMILTON LOPEZ-LOPEZ,** *Petitioner,* | : | **CIVIL ACTION** |
| v. | : | **No. 26-cv-7618** |
| **JAMAL L. JAMISON, et al.,** *Respondents.* | : | |

**ORDER**

**AND NOW**, this **16th** day of **October 2026**, upon review of Petitioner Abner Amilton Lopez-Lopez's Petition for Writ of Habeas Corpus (ECF No. 1), Respondents' Response Opposing Petition for Habeas Corpus Writ (ECF No. 5), and the docket, it is hereby **ORDERED** as follows:

1. The Petition (ECF No. 1) is **GRANTED** for the reasons stated in the accompanying memorandum opinion.
2. Because Petitioner is being held in custody in violation of the Constitution or laws of the United States, Respondents shall **IMMEDIATELY RELEASE** Petitioner from detention.
3. Respondents are further **DIRECTED** to return to Petitioner any and all funds, identification, or property which may have been seized from Petitioner at the time of his arrest.
4. Respondents are **DIRECTED** to certify compliance with the Court's Order by filing such certification on the docket on or before **October 19, 2026 at 5:00 p.m.**
5. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**